

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-50103 |
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | Mailing a Firearm (18 U.S.C. § 1715) |
| KOHL HAMMER, | |
| Defendant. | |

The Grand Jury charges:

On or about August 27, 2018, at Rapid City, in the District of South Dakota, the defendant, Kohl Hammer, did knowingly deposit for mailing at the United States Post Office located at 500 East Blvd, Rapid City, South Dakota, and caused to be delivered by mail according to the direction thereon, a firearm, to wit, a Taurus, model 85B2, .38 Special caliber, double-action revolver, bearing serial number OK30694, which is nonmailable and not authorized to be mailed by rules and regulations of the United States Postal Service, all in violation of 18 U.S.C. § 1715.

A TRUE BILL:

**Name Redacted**
_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____